UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RASHETA BUNTING, individually and as the
representative of a class of similarly situated
persons,

                        Plaintiff,                    JUDGMENT
    v.                                                                  21-CV-909 (LDH)

OGEE, INC.,

                        Defendant.
------------------------------------------------------------X

       A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been entered on September 23, 2022, granting Defendant's motion to dismiss; and dismissing the complaint in its entirety; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York                                      Brenna B. Mahoney
       September 27, 2022                                         Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                        Deputy Clerk